**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

IN RE: MC GILL, LORRAINE C           )
                                     )     Case No. 08-11206-NLJ
                                     )     Chapter 7

**PAYMENT OF FUNDS TO THE CLERK**
**PURSUANT TO BANKRUPTCY RULE 3010**

    Robert D. Garrett, Trustee of the above captioned bankruptcy matter, reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

    The following checks have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00. Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Bankruptcy Rule 3010.

| CLAIM NUMBER | CHECK NUMBER | CLAIMANT & ADDRESS | AMOUNT |
|---|---|---|---|
| 6-1 | 10113 | LVNV Funding, LLC its successors and Assigns as assignee of Citibank, Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $3.70 |
| 14-1 | 10113 | Integris Baptist Medical Center, Inc<br>c/o Works and Lentz, Inc<br>3030 Northwest Expressway, #225<br>Oklahoma City, OK 73112 | $2.05 |
| | **TOTAL** | | $5.75 |

DATED: February 23, 2010

                                            s/Robert D Garrett
                                            Robert D. Garrett, Trustee
                                            PO Box 32427
                                            Oklahoma City, OK 73123-0627
                                            405-722-4335